# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D2025-1833
LT Case No. 2019-CF-005284-A

_____

Darnell Toombs,

Appellant,

v.

State of Florida,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Darnell Toombs, Graceville, pro se.

No Appearance for Appellee.

October 7, 2025

Per Curiam.

Affirmed.

Wallis, Harris, and MacIver, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____